AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA

V.

Juan Conce
AKA King Santos

## WARRANT FOR ARREST

CASE NUMBER: 04-10049-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Juan Conce, AKA King Santos**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and distribution of cocaine base

in violation of Title **21** United States Code, Section(s) **846 and 841(1)**

Sheila Diskes
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Sheila Diskes
Signature of Issuing Officer

2-19-04 — Boston, MA, 02129
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/25/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Juan Conce

ALIAS: King Santos

LAST KNOWN RESIDENCE: 19 River Road, Andover, Massachusetts

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1977

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7514

HEIGHT: _____   WEIGHT: _____

SEX: Male   RACE: Hispanic

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigations