# EXHIBIT 1


E! MIO



1940 Mass. State A.I.K.N. 1994

Principal Editor & Author
Lord Grim/Alex Delgado
2nd Draft

# Massachusetts State Policy Book

*They came out of the East.*
*Showing no feelings or respect*
*for all that was created by the Great Spirit.*
*They came and disturbed the sacred burial grounds,*
*The resting place of our forefathers.*
*If this is the way of their God , Then I don't want no part of it.*

*-A True Indigenous Man-*

*He who would be a New King needs to be a fearless seeker and a lover of freedom.*
*If his heart is pure and his mind is free from prejudice, he shall not fail to*
*recognize freedom from slavery.*

*-Manifesto-*

CHAPTER CONSTITUTION
OF THE
ALMIGHTY LATIN KING NATION

IN THE SIXTH DECADE OF THE TWENTIETH CENTURY THE
A.L.K.N. WAS FORMED.  GENERATION AFTER GENERATION OF
KINGS HAVE LIVED BY A CONSTITUTION OF PRINCIPLES BASED
UPON THE IDEAS OF KINGISM.  THOSE IDEAS, OUR LAWS AND
PRINCIPLES WE NOW IMPART TO ALL KINGS WITH THIS CON-
STITUTION.

FROM THIS DAY FORWARD WE SHALL ORGANIZE OURSELVES
UNDER CONSTITUTIONAL LAW TO INSURE THAT WE AS A NATION
SHALL LEAD THE WAY TO PROGRESS AND NO LONGER STAND IN
THE SHADOW OF IT: WE AS A NATION SHALL LEAD THE WAY
FOR TRUE KINGISM.

DEVOTING YOUR LIFE TO THESE PRINCIPLES IMPLIES A
LIFE OF SERVICE TO EACH OTHER AND TO THE ALMIGHTY
LATIN KING NATION.

LOVE - HONOR - OBEDIENCE
SACRIFICE - RIGHTEOUSNESS

(2)                    (Amendment I-ID-I)

## IDENTIFICATION OF A NATION MAN

During the late 1980's, early 1990's, a resurgence of the word's LATIN KINGS became rampant. One of the most noted states within the East coast was Connecticut. In its beginning stages of establishment, the intentions were to give its due respects to the Motherland (Chicago). Unfortunately, the founding leaders altered the age old traditions of the A.L.K.N. Its state leaders led this fast growing organization into disorganization and a trap of assimilation. To understand the concept of organizing for freedom, one must first understand that present governments, as in the past, continue to oppress our Third World brothers and sisters. It was apparent that this falsely titled Latin Kings organization, established in Connecticut, did not have the objective to guide their people into the beginning steps of freedom, but to introduce to assimilation, thereby causing a "De Facto" culture genocide. They went as far as to create a book to replace the Sacred Manifesto and named their book the A.L.K.N. CHARTER. This was an extreme disrespect to our already existing MANIFESTO/CONSTITUTION. This is why it's important to know that our original book is the MANIFESTO/CONSTITUTION. It proclaims no authors because we, the followers of the books philosophy, are the authors every second we live each word of its precious content. We, the followers of the Manifesto are the original successors to our Chicago forefathers who died in the name of the A.L.K.N., all other factions are to be guided to the truth or shunned for their ignorance. In order to identify a true nation member, the following shall be amended

(5)    (Cont, Amendment II-PM-II)

doing what so that good quality members are being brought in and bad quality members are being screened out. After all <u>MANIFESTO/ CONSTITUTION</u> requirements are completed and both initial forms are signed and approved by the C.C.C. (Crown Council Committee) and/or its appropriate officers, the prospecting member can be approved for the 30 to 90 day probation period. The amount of probation given to an approved prospecting member shall be determined by the Local Crown and/or the Crown Counsel Committee. After the approved prospecting member has completed his/her probation period successfully, a ceremony will be held in such fashion: the Local INCA or any officer he assigns, shall verbally request the recitation of the <u>MEMBERSHIP CREED FORM</u> by the successful prospecting member. After it is signed by the appropriate official, he/she shall then be a full Latin King member.

(6)            (Amendment III-WP-1)

## WHAT IS OUR PURPOSE?

The MANIFESTO explains that this Nation was founded in the "sixth decade of the twentieth century." Our purpose was and is for the progress, upliftment, and freedom of our people--the Third World people. Our duty is to learn so that we may teach, to seek liberation of our oppressed brothers and sisters, to unite and stand up against those who seek to deny our rightful exist-ence, not only in the level of economic progress, but also cultural acceptance. In agreeing to being a member, you agree to the laws and rules of the MANIFESTO/CONSTITUTION and all of its applicable laws, to respect and follow the five (5) points of the coronet and to sacrifice for the good of our brothers, our sisters, and our Nation. In order to go about achieving our goals, there are set laws, rules, regulations, as well as specified beliefs which must be adhered to, or in other words followed. Having understood our purpose, we invite you to be-come an agent of change for the upward mobility of all Third World people who join us in our cause for truth and liberation from our oppressors.


I HAVE READ AND UNDERSTOOD THE ABOVE STATED AND SWEAR TO UPHOLD THIS NATION"S PURPOSE UPON ENTRY TO MEMBERSHIP.

SIGNATURE: _____ DATE_____

(7)          (Amendment IV-AP-1)

## A.L.K.N. APPLICATION FORM

NAME_____ DATE OF BIRTH_____

ADDRESS_____ PLACE OF BIRTH_____

CITY_____ STATE_____ ZIP CODE_____ PHONE#_____

MOTHER'S NAME_____ FATHER'S NAME_____

ADDRESS_____ ADDRESS_____

    CITY_____      CITY_____

    STATE_____     STATE_____

    MOTHER'S PHONE_____    FATHER'S PHONE_____

    BROTHER'S NAME_____

    SISTER'S NAME_____

    CHILDREN'S NAMES_____

    GRANDMOTHER'S NAME_____

    GRANDFATHER'S NAME_____

EDUCATION (circle last grade completed) 1 2 3 4 5 6 7 8 9 10 11 12

COLLEGE (circle last grade completed) 13 14 15 16 17 18 19 20

MAJOR_____ MINOR_____

ARMED FORCES: BRANCH_____ M.O.S._____ YEAR___TO_____

HAVE YOU EVER BEEN ARRESTED?___ HAVE YOU EVER DONE PRISON TIME?___

IF YES, WHAT WERE THE CHARGES?_____

HOW LONG WERE YOU IN PRISON?_____

If any of the information in this form proves to be false, that is grounds for denial of membership.

                Chapter applying at _____

(8)     (Amendment V-MCF-1)

### A.L.K.N. MEMBERSHIP CREED FORM

As a member of the ALMIGHTY LATIN KING NATION, I, (say name) swear to abide by the laws and regulations of our sacred MANIFESTO/CONSTITUTION. I understand and accept our first law; "Once a King always a King". I vow to live by the five points and to always fight for cause without question, the cause being the liberation of our people; the oppressed Third World people. I also relinquish any such membership of any other organization realizing that my membership in the A.L.K.N. is for life.

MEMBERSHIP SIGNATURE, DATE

As a member of the Local or MASS. LAS CORONAS, I hereby accept your membership into this most precious organization, you having understood your vow for LIFE.   AMOR DE REY!!!

LOCAL OR LAS CORONAS SIGNATURE

FILE WITH SECRETARY

(9)            (Amendment VI-SNR-1)

## A.L.K.N. STATE OF THE NATION REPORTS

Our Manifesto states that it is absolutely necessary for a state of the nation report to be filled out every three months to the Las Coronas of this Nation. This amendment shall clarify what we expect in those reports and how to go about sending them. The reports shall be sent to the MASS. Las Coronas and from there they will be sent to the Chicago Nation Las Coronas. For this state, the following officers are responsible for filing a report; The Inca, Casique, Enforcador, Tesorero, and the Crown Counsel Chairman. The reports should cover financial and progressional actions, as well as terminations and new memberships. Terminations and new memberships shall be known by sending the A.L.K.N. STATUS FORM (FOLLOWING PAGE). In this way, we can keep a census of all our members. All these reports should be mailed in the same envelope. The envelope should consist of a total of five reports. Two copies of these 5 reports should be made, one for the MASS. Las Coronas and another for the Chicago Nation Las Coronas. With this clarified, there should be no reason why we should not receive the State of the Nation reports. IT IS MANDATORY FOR EVERY CHAPTER IN MASSACHUSETTS STATE TO SUBMIT THEM EVERY THREE MONTHS. Your attention to this matter will be greatly appreciated.

Chicago Nation Las Coronas
Almighty Latin King Nation
Chicago, Illinois

Brother Shahid Malik
Almighty Latin King Nation
Massachusetts State Chapter
Massachusetts Las Coronas

(10)          (Amendment VI-SNR-11)

## A.L.K.N. STATUS FORMS

LEGEND:  TERM=01,  NEW MEMBERS=02,  NEW PROMO=3 _____ISSUE
        (Terminations)                                    DATE

| NAME | DECISION | DATE | A.K.A. | LOCATION |
|------|----------|------|--------|----------|
|      |          |      |        |          |

( / / / )          ( Amendment VIII-PR-1 )

### A.L.K.N. PUBLIC RELATIONS

There is no secret as to the goals and expectations, as well as the philosophy of the ALMIGHTY LATIN KING NATION. Yet, it is very important that in communicating with the public, the news media, and the political segments, we articulate our objectives in a professional manner. We, the members, are the reflection of this organization, therefore, the Mass. Las Coronas and the Chicago Nation Las Coronas are the Massachusetts representation of the A.L.K.N. Whenever or wherever the news media publishes information concerning this organization, it must not be challenged by individual members and it must not be directly challenged by any member(s) of the Local Crown. No member is authorized to correspond, communicate or engage in dialogue with anyone from the news media, public agencies, or political arena without EXPRESSED WRITTEN CONSENT of the Mass. Las Coronas or the Chicago Nation Las Coronas. There is no exception to this rule, other than the Mass. Las Coronas designee. ALL MEMBERS MUST STRICTLY AND COMPLETELY READ, UNDERSTAND, AND ADHERE TO THIS DOCUMENT.

Your attention to this matter will be greatly appreciated.

Chicago Nation Las Coronas          Mass. State Inca-Las Coronas
Chicago, Illinois                   Massachusetts State
                                    Brother Shahid Malik

(12)                    (Amendment IX-PE-I)

## A.L.K.N. PHYSICAL EDUCATION

It is important to be aware and prepared in all accessible facilities of your body. As we stress exercise of the mind, we cannot forget to prepare our bodies. For this reason, we shall institute the following amendment: It is mandatory, from this day forward, in all prisons, jails, and communities where A.L.K.N. members are found, that physical training is imposed. Every physically abled member should try to achieve running two miles within 20 minutes, 50 correct, pushups within two minutes, and 50 correct, situps within two minutes. (This will be the focus of the men's exercise, women's exercise shall be given more time, yet the same number of repetitions. Exercise shall be conducted at the minimum of three days a week. Every member in the designated chapter should exercise on the same three day week and together. Always remember that we represent the voice of the oppressed and for this reason our mental and physical strengths must excel. Help this nation by helping yourself. Your attention to this matter will be greatly appreciated.


BEHOLD LATIN KING

(13)                    (Amendment X-MV-1)

## MEMBERSHIP VOTING FORM

YOUR NAME_____ DATE_____

YOUR CANDIDATE_____ POSITION_____

PRESIDENT'S CHOICE_____

FULL NAME OF ALL CANDIDATES SEEKING THIS POSITION OF OFFICE
                                        (circle one)

1._____        These candidates have all been
                              cleared for qualification by
2._____

3._____        _____
                              Type in full signature of
4._____        senior crown member

5._____

YOUR COMPLETE SIGNATURE_____


VOTING FORM WAS PICKED UP BY_____
                            SENIOR MEMBER'S NAME



NOTE:  After all votes have been counted and the winner, by
       majority, has been made, these forms must be filed
       with the secretary for record purpose only, and
       destroyed after one year from the above date.

(14)                    (Class Topic)

## CONVICT'S CODE OF CONDUCT

Being a LATIN KING means you must be prepared for all sit-
uations, including the possibility of arrest for accusations by
the Commonwealth for illegal activity. One of the most democratic
and fair constitutions can be found right here in the United
States. Although the U.S.'s Laws are fair enough, who inter-
prets them seems to be the fault of this country's judicial
system. Statistics by unbiased sociologists show the fact that
there is a fault in how the government interprets true justice.
For this reason, the Convict's Code has been added to this book.

### THINGS YOU SHOULD KNOW

1.  When you are being arrested the only thing you have to answer
    is who you are and that can be resolved by showing them your
    identification card.

2.  Studies of justice handled with people of color who have
    been arrested shows that talking with any sort of government
    official can only worsen a situation that you may be involved
    with in that moment. "YOU HAVE A RIGHT TO REMAIN SILENT"
    (Miranda rights), so it would be best in a situation where
    you are confronted with police authorities to wait for a
    consultation with your lawyer, before attempting to clear
    your name from any particular case or cases. THOUSANDS!!!!
    of brothers and sisters are doing alot of prison time for
    not abiding by these rights and have become victims of their
    own signed statements. Any good lawyer will tell you this.

3.  It has been known to a great many brothers and sisters, the
    foul coercement of suspects by police staff and district

(15)                    (Cont, Class Topic)

attorneys. Techniques such as divide and conquer (ie... It's
best to protect yourself from your co-defendant 'cause he's
already written a statement against you, or they'll say "you
better talk to us now and it will be easier for you at the end,
I promise just write a statement and you'll be alright"). If
you have talked to police or signed any statements, in the end
the only people it will come out easier for are the officers,
it will be easier to convict you!! Don't fall into any of their
tricks, no matter how bad it may seem for you. Wait for your
lawyer to consult with. If you don't have a lawyer, don't worry
the Commonwealth has to provide a lawyer for you. It's better
to wait three days in jail for your lawyer, than spend <u>5 years or</u>
<u>life imprisonment for stupidity!</u> Better safe than sorry.

### LAWYERS

4.  When it comes to receiving a lawyer, it is best to find a
privately-paid lawyer. Your chapter's job is to check out a
lawyer that is qualified to represent earnestly and capably any
and all members of the A.L.K.N. You must be careful as to your
choice because there are lawyers who can and will sell you out
for monetary goods, favors to the government, or political
reasons. By asking your lawyer how many victories he has won.
against the Commonwealth and if he has proof of these victories,
you are being alert. In case your chapter cannot afford to help
you pay for the the cost of a private lawyer ( if the chapter has
been established for more than two years, then this should be an
embarrassment) then a lawyer provided by the government shall be
provided for you. This lawyer is titled PUBLIC DEFENDER.

(16)                    (Cont. Class Topic)

Although you should never put your full trust in a private
Lawyer, you should be even more wary of the public defender
because that lawyer is working for the same government, who is
trying to put you behind bars-- the Commonwealth of Massachusetts.
You must be wary that your particular public defender is not
looking to hurt your case as opposed to helping it. To be frank,
whether a lawyer is public or private, you must never rest your
fate in another person's hand. Be involved with your case.
Make sure you ask your lawyer for your "Grand Jury Minutes"
and any or all statements and summary statements, as well as
police reports that are written against you. Don't take no
for an answer. Doing the things, aforementioned, will keep you
abreast with your case. Therefore, you are prepared. Remember
that you are the one who may end up incarcerated, not your lawyer.

### CERTAIN RULES TO BE KNOWN IN MASS. PRISONS

1. Never get into any friendly conversations with any
   correctional staff.

2. Never look into anyone else's cell.

3. Never accept gifts from a prisoner whom you do not really
   know. (if it could prove an ugly situation)

4. Never associate with "Situational Homosexuals."

5. Never make any loud noises especially after 10:00 p.m.

6. Never sleep or rest with your cell door open.

7. Never walk with sandals in the block or pod.

8. Never associate yourself with anyone or anything having
   to do with protective custody (P.C.)

9. Never associate with Skinners (rapists) or Diddlers (child
   molesters).

(17)                    (Cont, Class Topic)

10.  Never engage in any physical games.

11.  Never use derogatory statements about anyone's racial
     attributes.

)                              ( 18 )                          ( PV-I )

## PROCEDURES FOR VIOLATION

NAME OF MEMBER_____ DATE_____

TYPE OF VIOLATION_____

_____

_____

NAME OF ACCUSER_____

CROWN/COUNSEL HEARING DATE_____ PLACE_____ TIME_____

LOCAL CROWN MEMBERS PRESENT    1._____

2._____    3._____

4._____    5._____

COUNSEL MEMBERS PRESENT    1._____

2._____    3._____

4._____    5._____

6._____    7._____

VERSION OF THE ACCUSED_____

_____

_____

_____

IF YOU NEED MORE SPACE, PLEASE USE REVERSE SIDE.

WITNESSES (IF ANY)  1._____  2._____

CROWN COUNSEL CHAIRMAN/LOCAL CROWN DISPOSITION_____

_____

_____

_____

_____

NOTE: ONCE COMPLETED THIS MUST BE
FILED WITH THE SECRETARY FOR RECORDS         _____
PURPOSE.                                     LOCAL INCA SIGNATURE/DATE

(19)                                        (IN-I)

## INVESTIGATION NOTICE

TO: _____

FROM: _____

RE: REQUEST FOR STATEMENT


By the power of the MASS. STATE 'LAS CORONAS' and in compliance

with the MANIFESTO/CONSTITUTION, IT IS hereby requested that the

above named member submit a complete written statement of his or

version of the event charged below.   You must send your statement

to the undersigned designated officer within (15) Fifteen working

days from the above date.   After all statements have been

thoroughly investigated by the undersigned, a final and official

decision will be made by the respective local or state officials

and copies of disposition shall be sent to every member involved

and also to the local crown.



CHARGED ALLEGED: _____

_____

_____

_____

_____


DESIGNATED OFFICER                    DESIGNATED OFFICER
MASS. STATE A.L.K.O.N                 MASS. STATE A.L.K.O.N.

(20)                              (EV-I)

## MASS. STATE LAS CORONAS

TO: _____

FROM:  MASS. LAS CORONAS

SUBJECT:  FINAL DECISION

### (EXECUTIVE ORDER)

It is hereby ordered that in accordance with the Manifesto/
constitution of the ALMIGHTY LATIN KING NATION, and all of its
applicable sections, the above named _____ is
hereby_____ for the below listed findings.  A com-
plete investigation has been conducted by the MASS. LAS CORONAS
in the matter of _____ that occurred on
___/___/___ and this MASS. LAS CORONAS order shall serve as our
final decision in the matter.

FINDINGS:_____

_____

_____

_____

FINAL DECISION:_____

_____

VIOLATION (IF ANY) CHARGED:_____

_____

A.L.K.N. MANIFESTO/CONSTITUTION SECTION VIOLATED (IF ANY):_____

_____

A copy of this order is hereby sent to the _____ local
crown on this date ___/___/___ and sahll be enforced immediately
therein

(CONT, EV-I)

SHAHID MALIK
MASS. STATE INCA 'LAS CORONA'
ALMIGHTY LATIN KING NATION

CHINO COLLAZO
MASS. STATE CASIQUE 'LAS CORONAS
ALMIGHTY LATIN KING NATION

(EO-1)

(21)                                        (FF-1)

## FUNERAL ARRANGEMENTS

NAME OF DECEASED_____FUNERAL DATE ___/___/___

FUNERAL HOME_____PHONE#( )_____

ADDRESS_____CITY_____STATE___ZIP_____

CEMETERY_____PLOT #_____

BURIAL DATE ___/___/___          TIME ___/___ a.m or p.m

CREMATION DATE ___/___/___       TIME ___/___ a.m or p.m

ASHES GIVEN TO _____ RELATION_____

               (complete name)


LOCATION OF ASHES IF SCATTERED _____

LATIN KING GRAVESTONE TO BE PLACED BY _____

                             L.K. CHAPTER

ARRANGEMENTS SECURED BY _____

               LATIN KING TESORERO

COST OF L.K. GRAVESTONE $_____DATE L.K. STONE PLACED ___/___/

 

                    _____

                    TESORERO SIGNATURE

NOTE: To be given to the secretary for filing after completely
      filled out.

(22)                    (Amendment XI-CE-1)

<u>HOW TO ESTABLISH A CHAPTER OF THE A.L.K.N. IN MASSACHUSETTS</u>

The establishment of a chapter is a happy moment for the entire family of the ALMIGHTY LATIN KING NATION. It is a sign of positive growth and a light of hope for the lost brothers and sisters in that particular community. An individual or group of individuals who strive to make this nation grow for the sake of Liberation should be commended for their ambition. Yet, there are indeed some things that members should know before striving to make this nation grow. The first page of our MANIFESTO states the following: "He who does not know, and does not know that he does not know, is a fool...Avoid him! (Confucian). When a member decides (or a group of members) to open a chapter for the good of the nation, then it should be a given that this individual(s) have acquired a substantial amount of knowledge, experience, understanding, strength, leadership capabilities, and are well on their way to acheiving 360* (degrees) of strong King Wisdom. If you are still in the "Primitive" or Conservative" stage, then it is truly impossible for you to lead others to the full extent that is needed when directing a chapter. An experienced person, well into the "New King Stage" is needed for such a mission. If you have not achieved the aforementioned qualities required to become a leader or officer in this nation, how then can you dare to decide to open up a chapter. To avoid disorganization and confusion, as well as renegade chapters the following shall be amended: No member is to open any chapter in any

(23)        (Amendment XI-CE-II)

city without a written and signed _EXECUTIVE ORDER FORM_ (EO-I)
(pge 16) filled out and signed by the Mass. State Las Coronas
Inca (Brother Shahid Malik). No Local Crown has the authority
to authorize an opening of a chapter. The process of opening
a chapter goes as follows: The nearest chapter Local Inca
shall formally request in written form that a qualified member
or members would like to open a chapter. After these qualified
members (whose names and their whereabouts should be included
in the written request) are approved by the Mass. State Las
Coronas, you shall await the _EXECUTIVE ORDER FORM._  _YOU SHOULD_
_NOT PROCEED IN OPENING A CHAPTER UNLESS YOU HAVE THE REQUIRED_
_WRITTEN AND SIGNED FORMS._  Any individual who illegally sets
up an unauthorized chapter of the _ALMIGHTY LATIN KING NATION_
is in a _major_ violation. Any member or Local Crown who
establishes such a chapter shall be immediately suspended and
tried under the _CONSTITUTION_ procedures. Any member who sees
an unfamiliar chapter, it is your duty to inform said chapter
that they are in violation of an amendment of the A.L.K.N.
and should immediately report to the nearest legitimate Local
Chapter for further instructions. If the violating chapter
ignores your advice then inform the surrounding chapters of
the unauthorized chapter's disrespect. It is then the
responsibility of the legitimate Local Chapter to inform the
Mass. Las Coronas and await further instructions in response
to the unauthorized chapter's disrespect. Your attention to
this matter will be greatly appreciated.

(24)                    (Amendment XI-CE-III)

(CONT, ESTABLISHING A CHAPTER)

Chicago Nation Las Coronas          Brother Shahid Malik L.K.
Chicago, Illinois                   Mass. State Las Coronas (Inca)
Almighty Latin King Nation          Almighty Latin King Nation

BEHOLD LATIN KING

(25)                        (Class Topic)

## TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS

### SOCIAL STRUCTURE

**Achieved Status-** A social status that is attained through personal effort. (compared to ascribed status.

**Demography-** The study of population characteristics and how they change over time and vary from society to society.

**Interpersonal-Relations** Relationships based on direct interactions between individuals which may consist of competition, cooperation, conflict, and/or exchange.

**Master Status-** A social position that tends to override everything else the person is or does.

**Macrosociology-** The analysis of large scale social organization and long-term social processes. (compare Microsociology)

**Microsociology-** The detailed, moment to moment analysis of everyday behavior and real life interaction.

**Network-** A web of social relationships that connect people or organizations to eachother, directly or indirectly.

**Social-Institutions** A relatively stable set of norms and values, statuses and roles, groups and organizations that provide a structure for behavior in a particular area of social life.

(26)                           (Class Topic)

(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

## SOCIAL BEHAVIOR

Anomie-          A condition of normalessness or loss of
                 accepted social rules in society.

Conformists -    Merton's term for people who accept both the
                 goal their culture holds out as desirable and
                 the approved means of attaining them, whatever
                 the consequences.

Deviance-        Behavior that violates widely held norms.

Labeling-        The view that deviant behavior is an inter-
Theory           active process whereby a society or a group
                 within society, defines certain behavior as
                 deviant and then treats them as outcasts.

Inovators-       Merton's term for people who are determined
                 to achieve conventional goals, but are willing
                 to use unconventional means.

Differential-    Sutherland's term for the learning of criminal
Associations     or violent behavior through exposure to pre-
                 dominantly pro-criminal norms and values or
                 to situations that reward criminal behavior.

Informal Social- Subtle, unofficial pressures to conform to
Controls         society's norms and values.

Collectivist-    A non-bureaucratic organization in which
Organization     authority is shared and rules are subject to
                 negotiation.

(27)                          (Class Topic)

(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

| | |
|---|---|
| Dyad- | A two person group. |
| Total-Institution | An extreme form of formal organization that requires that individuals surrender their autonomy. |
| Altruistic-Suicide | Suicide, that in Durkheim's view, results from a strong attachment to a group or community. |
| Self-Fulfilling-Prophecy | A false belief that influences behavior in such a way that the false prophecy comes true. |
| Agents of-Socialization | An individual, group, or organization that influences a person's belief in one's self and a person's behavior. |
| Self- | The individual's sense of identity or Who am I? |
| Democracy- | A political system based on popular participation in the decision-making process, or rule by the people. |
| Protest-Movements | A grass-roots effort to change established policies and practices. |
| Nativism- | The view that american institutions must be protected from immigrant influences: "America for Americans".) |
| Genocide- | The systematic attempt to murder members of a social or ethnic group. |
| Majority group- | A category of people who have gained a dominant position in society and guard their power and |

(28)                              (Class Topic)

## (CONT, TERMS FOR A.L.Y.N. MASS. CLASS DISCUSSIONS)

|  | position, excluding others from their ranks. |
|---|---|
| Minority-Group | A category of people whose members are disadvantaged, held in low esteem, excluded from social positions, and conscious of being "A people apart." |
| Racism- | The belief that a group considered a social group is innately inferior and that this justifies discrimination against and the exploitation of members of that race. |
| Organized-Crime | Organizations that exist primarily to provide and profit from illegal goods and services. |
| Retreatist- | Merton's term for people who have given up both on goals and the means for attaining them. |
| Ritualists- | Merton's term for people who are so compulsive about following social rules that they lose sight of their goals. |
| White Collar-Crimes | Individuals and corporations engaged in otherwise legitimate businesses, who either conduct business by illegal means or take illegal personal profits at the expense of their employers, customers, or government. |
| Cultural-Relativism | The view that a culture must be understood in terms of its own values and meanings. |
| Ethnocentrism- | The tendency to evaluate other cultures in terms of one's own and to conclude that the other |

(29)                    (Class Topical)

*(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)*

Counterculture-    A subculture that actively opposes the
                   values and practices of the specific society.

Mores-             Norms that are sacred, so that violation is
                   unthinkable.

(30)                              (Class Topic)

## THE SUPPORT OF BROTHERS ANS SISTERS IN PRISON

As an Almighty Latin King Nation, we must realize that we
as a people are oppressed. The question we need to ask is who
is oppressing us, why do they oppress us, and how do we escape
this stagnant plight? A bit of the solution is the determin-
ation to educate oneself about the answers to the stated
questions. The concern in this letter is to speak of an issue
which affects thousands of our brothers and sisters. The
prison system in this era is a system that true indeed holds
many of our people as political prisoners. There is enough
evidence shown by observing a court procession against any
given ALANA (Asian, Latino, African, Native American) individ-
ual, especially one that has a jury board. Although there is
no doubt that some of our people who stnad trial have committed
an offensive act, many thousands go through this judicial sys-
tem which breeds racism, discrimination, and euro-nativism,
thereby not receiving a fair trial as guaranteed in our
statutory rights. There are many reasons why our people find
themselves in legal binds, yet the facts can easily show that
most of the time, we end up dealing with unfair decisions given
out by a biased jury or judge. Under the laws of the Constit-
ution these victims of an unjust judicial system should be
freed from their prison. Unfortunately, reality deems quite
the contrary. As a nation who prides itself as the servants of
the third world community, let us take into account that there
are brothers and sisters who find themselves incarcerated, feel-
ing lost and without hope. Make the effort to comfort those

(31)                    (Class Topic)

### (CONT. THE SUPPORT OF BROTHERS AND SISTERS IN PRISON

brothers and sisters by writing to them, setting up an emerg-
ency fund for those members in the nation, who find themselves
in a financial bind, whether in the prison or whether the family
of the incarcerated are in time of need. It is important that
we do not practice out of sight out of mind. The above stated
should give you a perspective as to how to go about caring for
those brothers and sisters. May we hope that this advice is
taken into serious consideration. It would be a shame to not
receive in the State of The Nation Reports every chapters
effort to care for our members in prison and those oppressed
brothers and sisters who we are a guiding light to.

(32)                    (Amendment XIII-g-1)

## Importance of Brothers/Sisters to Attend Jury Duty

In 1988, the Hon. Justice, Liacos, of the Commonwealth's Supreme Judicial Court, ordered that a "Commission to Study Racial and Ethnic Bias in the Courts," be enacted. Judge Liacos felt such a response was necessary due to questionable actions by the Commonwealth's judicial servants. The aforementioned commission issued a report in 1994, in response to the Hon. Liacos' order. The report admitted that during their investigations, there were many unfair issues against people of Color. In one instance, they addressed many cities and towns use of ineffective procedures for compiling jury lists. The fact of the matter is that when people of Color are submitted to jury trials, more times than less, they are faced with jurors who are not their peers. (A right guaranteed by the Constitution.)

Because of the compiled ineffective efforts between the Commonwealth Justice System and ALANA (Asian, Lationo, African, Native American) citizens, many of our ALANA Brothers and Sisters face unfair verdicts and unfair sentencing structures. Being Nation Men and Women, we have an irrevocable duty to support and participate in all issues that help uplift and progress oppressed people. As a Nation Man who has experienced living in impoverished ALANA communities, I know that said communities in majority, do not make attending jury duty an obligation. Although the A.L.K.N. does not fully support a government that works against its people for intended or unintended reasons. (We are

(33)    (Cont, Amendment XIII-9-1)

partial to the former). It is not treason to work with the system when progress is attainable; It is treason to support any specific program within the system that would stagnate, destroy or further the stagnation of our oppressed Brothers and Sisters. That is why this Amendment shall be enacted. As long as you are a Nation man or woman, you have an obligation to attend jury duty, for the sake of improving an ALANA defendants chances of a fair trial. Too many of our brothers and sisters become victims of vengeful, racially biased, and non-peer jurors. If we do nothing to improve their dilemma, then such would be the same as oppressing our own people.

Therefore, the following Amendment shall be enacted as legitimate A.L.K.N. Mass. rule, subject to disciplinary action if disobeyed:

I. All members of the A.L.K.N. who fall under Mass. Commonwealth legal qualifications for jury standards shall sign up and participate as members for jury pools.

II. All A.L.K.N. members who find themselves participating in sequestered or complicated jury pools shall not succumb to pressures of the majority, when your belief in a defendant's innocence is absolute. In many cases, you find that the minority decision in a jury can sometimes be contaminated by the pressures of the majority. Do not let this happen to you.

III. All local officers shall enforce this mandate by order

(34)    (Cont, Amendment XIII-9-1)

of Mass. Las Coronas.

____/____/____    _____
Date            Brother Shahid Malik
                Ma. Founding Father
                Ma. Las Coronas Inca

Note:

Those participating in jury duty are financially
reimbursed, as well, your employers are legally
bound to accept your absence from work to attend
jury duty.

(35)        (Amendment Pos ___-___)

To: All Members                          Date: 08/08/95

From:  Lord Grim MA. Supreme Crown Inca (EFF)

Re:  Amending Positions, Adaptive Positions, Explaining Chain of
     Command (COC)

     To all Latin King Members of the MA. A.L.K.O.N., I greet you
with my fist upon my heart as a representation of willingness to
sacrifice all for the nation. The following Amendments are ex-
plained, issued or adapted due to agreed implementations of the
MA. Las Coronas A.K.A. Supreme Crown:

1.  That Gumercindo Vargas inherits the MA. Las Coronas Enforcador
    position A.K.A. Supreme Crown Enforcador.

2.  That due to the abnormal structure of Lord Grim's sentence
    and his feeling that the highest position should be able to
    walk and direct freely from the outside community, King Wizard,
    upon returning from his obligation in FLA, shall inherit the
    position of MA. Las Coronas Inca A.K.A. Supreme Crown Inca,
    under the agreements and conditions stipulated in the "Contract
    of Honor".

3.  That upon King Wizard's inheritance of Supreme Crown Inca,
    Lord Grim rightfully inherits the position of Supreme Crown
    Cacique (in conjunction with E.F.F.).

4.  That due to a major change of D.O.C. Protocol, A supervisory
    squad known as the "Regional Commanders" will be created for
    the purpose of helping direct the "Capitulos de atras de las
    Rejas". It will consist of (3)three members whom will be of
    equal rank to each other and function under the Authority of
    S.C.I., S.C.C. and S.C.E. (S.C.S. and S.C.T., as well)

(36)    Cont, Amand Pos __/__/__)

4,Cont.   The function of the Regional Coommanders (R.C's) is to
help in supervising all "Capitulos de Atras de Las Rejas".
They will be responsible for collecting and revising
"S.O.N.R's" before they are submitted to S.C.I. and S.C.C.
In as well, they will serve as the first chain of command,
the Local Incas must go to in order to request, submit or
propose anything.   The R.C's will review and are allowed
to give executive dispositions of a reasonable nature.
They are not to make decisions of stipulating alliances
without the approval of S.C.I., S.C.C. and S.C.E.  The
following members have been awarded the positions:
King Showtime, King Showbiz and the last one is undecided,
as of yet.  All information that goes through the R.C.'s
must be submitted to the Supreme Crown Inca and Casique.
R.C.'s shall be responsible to making a monthly "S.O.N.R.
One copy for the S.C.I. and one, for the S.C.C.  Suggestions,
proposals, and ideas should be added in the "S.O.N.R."
This responsibility is separate from the responsibility
of collecting S.O.N.R's from every "Capitulo de Atras de
Las Rejas".

5.   Supreme Crowns are not to interfere with the normal direction
of whatever chapter they reside in.  That responsibility is
left in the hands of the Local Inca, et Al..
They intervene only when they feel it's absolutely
necessary, otherwise, let the Local Crowns and officers
handle theirs.  Also, S.C.E. must inform S.C.C. of any
decisions he has made so that S.C.C. may inform S.C.I.

(37)    (Cont, Amend Por ___/___/___)

5, Cont.    and all three are aware and vice versa.

6.    For those of you who are confused as to who are members
of Las Coronas MA. (A.K.A. Supreme Crowns) and how many
there are, the following should answer your question:
The MA. Las Coronas or Supreme Crown consists of 7 mem-
bers. Their function is quite apparent in our King Man-
ifesto Constitution.

The seven positions consist of two Executive Founding
Fathers and five Executive Coronas.
The first of these is the Supreme Crown Inca.
The second of these is the Supreme Crown Carique.
The third of these is the Supreme Crown Encorcador.
The fourth of these is the Supreme Crown Secretario(a).
The fifth of these is the Supreme Crown Tesorero.
The sixth of these is the Executive Founding Father.
The seventh of these is the Executive Founding Father.
The Executive Founding Fathers intervene when one or
more of the Supreme Crowns are unavailable at the time
when an important decision is needed, they shall sub-
stitute. They are also bound by duties stipulated in
the "Contract of Honor".

7.    In the only form a member of "Las Coronas" can be ousted
is if they are convicted of a major crime against King
Manifesto Law. (ie...rape, snitching, etc...) Otherwise
these positions, as stated in the King Manifesto Consti-
tution are indefinite.

I do hope you questions have been answered. So it is written, so

(38)      (Cont, Amend Pos __/__/__)

shall it be added as an amendment in the MA. Policy Book.  Amor de las Coronas.


Affirmed by:  King Wizard              Affirmed by:  Lord Grim
MA. Supreme Crown Carique             MA. Supreme Crown Inca
ALKON 8/8/95                          (E.F.F.) ALKON 8/8/95

(39)                        (Class Topic)

## HISTORY OF THE FOUNDING OF THE MA. A.L.K.O.N.

This topic has been created to inform the Nation Members of the founding of the Almighty Latin King Organization Nation, in Mass., and those who were an important and integral part in establishing our righteous and revolutionary organization. May it be remembered for the positive of its past lessons, as well as the negative occurrences. It is only in the _true_ interpretation of history that we can learn to promote or prevent (whichever is appropriate) its repetition.

It was in February of 1992, that a group known as the Almighty Latin Kings Nation took an interest in setting up a chapter of "Nation Men" in Massachusetts. After various meetings with, then New Haven, CT's "Latin Kings President" (a sister by the name of Maria 'Cheena' Vidro), a definite decision was made to open a chapter in Springfield, MASS.. *

Three people were chosen for this task; Eddie Hernandez was to be the Chapter President. A man who in Bridgeport, Connecticut was known to be one of the most efficient "Enforcers" in Conn.; Alex Delgado A.K.A. Lord Grimlock (Grim) who was known to be a politically conscious individual and who was geographically available, due to the fact that at the time he was an On-campus, active "Continuing Education" student at the University of Massachusetts at Amherst (UMASS) and also a former "75Bravo" U.S. Army Soldier. The last, but not least individual was "Nico Rosado" A.K.A. King Shadow, his reputation of organization skills and his talent for complying with complex orders were known to be outstanding. It was settled. Hernandez was the President, Lord Grim was the Vice-

(40)                        (Class Topic)

(Cont, History of the Founding of the MA. A.L.K.O.N.)

President and King Shadow became the Chief Enforcer.

"G-1 Jesse", a high ranking leader of the Connecticut A.L.K.N. gave the new chapter its official Written Blessing...Enter the Mission.

All went as was expected; until September of '92. The death of Arnaldo "Nandy" Estenas sent major shockwaves into the core Leadership of the Springfield Local Crown. (May the deceased Rest in Peace). The media made a public spectacle of the alleged homicide. Hec-Man, King Shadow, Lord Grim and Hugo Morales kept strong under the Pig and Media oppression. In court, it was admitted that a mission was set to give a "Beatdown" to Estenas, but that it was not a unanimous decision to "Execute" Estenas. Under a 99% white, suburban jury, Lord Grim and Hec-Man were given natural life sentences. A sacrifice that some consider worse than death. It is said that someone asked Hec-Man and Lord Grim: Why did you protect a gang? Hec-Man replied "It's not a gang, it is a Nation" and Lord Grim replied "The integrity of the Almighty Latin King Nation is more important than the desires of one individual and besides ... We're King Warriors!!! Nico received a 2nd degree life sentence.   "I Live a King and die a King," were his most memorable words.

It was thought by the Mass. government that one calamity could keep this righteous nation down ... Impossible! The President, Eddie Hernandez was given federal and state changes for a triple murder and Lord Grim inherited the position. It was then that the Motherland reached Lord Grim and gave him the honor of becoming

(41)                                      (Class Topic)

the Massachusetts first "State Power of Attorney" awarded via King Manny, Ambassador of Nation Las Coronas in the Motherland, Chi-Town (Chicago). Upon receiving the official verbal Blessing, Lord Grim immediately set upon creating a format, an "archi-tectual blueprint" on how to make a Nation grow while being con-stantly persecuted by the D.O.C. (Department of Corrections). King Shadow and Hec-Man were an integral part in the thought process of the MA. A.L.K.N. blueprint. Finally a format was agreed upon and all three Brothers agressively set upon the mission given to them. The right brothers were painstakingly chosen, a format was taught to them, and sooner than it was expected through perseverance, trials, tribulations, hope, and determination, the Almighty Latin Kings Organization Nation flourished. From that point onwards, they were recognized as the Founding Fathers of the MA. ALKON.

Being a Founding Father is the hardest position to earn. To achieve such a position, one must go to a state where no official ALKON chapter exists and through mountains of opposition, not only by police but by rival, petty gangs, through trials of persecution, one must stay focused enough to make the right decisions, choose the right leaders, make a successful expansion blueprint and at works end, flourish various Latin King Chapters. It was this that Lord Grim, King Shadow, and King Hec-Man achieved.

This good brothers and sisters is the history of the MA. Founding Fathers and the founding of the Almighty Latin Kings Organization Nation, here in Massachusetts. If you ask any one of the MA. Founding Fathers, Was it worth that much sacrifice, pain, persecution to yourself? I believe they would reply: "The

(42)                              (Class Topic)

<u>(Cont, History of the Founding of the MA. A.L.K.O.N.)</u>

needs of the people as a whole is more important than the individ-
ual, through the chaos we see a reality where the ALKON is a van-
guard revolutionary, representative of the Latino and 3rd World
peoples, on this continent.  We have offered you the Motherland's
King Manifesto Constitution, we have brought to you, organization,
and you have accepted it.  It is now upon you to achieve the
Latino progress for that is the biggest mission yet, and for that
mission it takes alot more than three founding fathers.  It takes
a nation of hundreds of thousands, of millions.  It takes you,
Latin King, you Latin Queen, who reads this to make progress... to
make Revolution, to make a sovereign, self-determined nation of
liberated peoples ... To achieve Black and gold on both continents
through peace by those who welcome us or war by those who oppress
us.  You have enlisted yourself to a lifetime commitment, not an
ignorant criminal minded gang.  You are revolutionaries and
though the government may call a crime what you call a cause...
You are righteous!!  So rock on Kings and Queens - Rock on!!!"

   I truly believe that is what they would say ... I know ...
because my name is ... Lord Grim ... And I am King!

                    Behold Latin King!!
                    Behold Latin Queen!!
                    It's Nation Time!!

* This occurred before the transition from Charter to King Man-
ifesto Constitution