# EXHIBIT 3



Notes

Charges (Selling Drugs)
Without donating
15% to Dalton
Pay to the order
of Dalton funds
$500.00 from
[signature]
Big Lunatic
King Kong
Witness: King Justice