# EXHIBIT 3



**Notes**

Charges (Selling Drugs) without donating 15% to Dalton

Pay to the order of Dalton funds $500.00 from [signature]

Big Lunatic Willies King Justice