➩AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** | |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| CONCE, RODRIGUEZ | | | | | Case Number: CR04-10047/CR04-10049 | |

| PRESIDING JUDGE  ALEXANDER | | | PLAINTIFF'S ATTORNEY  LEVITT | | DEFENDANT'S ATTORNEY  HRONES, CARTER | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)  03-03-04 | | | COURT REPORTER  DIGITAL RECORDING | | COURTROOM DEPUTY  REX BROWN | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | | 03-03-04 | direct | | SHARON HUBER, S/A FBI | |
| 1 | | 03-03-04 | X | X | AFFIDAVIT OF S/S MARK KARRANGIKIS | |
| 2 | | 03-03-04 | X | X | CHART OF JUAN CONCE: CONTROLLED PURCHASES | |
| 3 | | 03-03-04 | X | X | VIDEOTAPE EXCERPT OF CONTROLLED BUY | |
| 4 | | 03-03-04 | X | X | CHART OF LUIS RODRIGUEZ: CONTROLLED PURCHASES | |
| 5 | | 03-03-04 | X | X | VIDEOTAPE EXCERPT OF CONTROLLED BUY | |
| 6 | | 03-03-04 | X | X | VIDEOTAPE EXCERPT OF CONTROLLED BUY | |
| X | | 03-03-04 | cross | | SHARON HUBER, S/A FBI | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages