UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    CRIMINAL
                                                      NO. 04-10049 -WGY

JUAN CONCE

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on **3/3/04** before **ALEXANDER, USMJ**, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by **3/31/04**  See L.R116.1(C).

B. The defendant shall provide automatic discovery by **3/31/04** . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by **4/13/04**. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by **4/27/04** . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on **APRIL 13, 2004** at **2:00** p.m. in Courtroom No. **18** on the **5** floor.

By the Court,

3/17/04                                               /s/ Elizabeth Smith
_____                                      _____
     Date                                              Deputy Clerk

(Crinsch1.wp - 11/24/98)