UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA   )
                           )
      v.                   )    04-CR-10049-WGY
                           )
JUAN CONCE                 )
            Defendant      )
```

## INFORMATION

**COUNT ONE:**     (Title 21, United States Code, Section 851 --
                    Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about January 8, 1998, JUAN CONCE was convicted in the Lawrence District Court of Possession of a Class B Substance with Intent to Distribute, in violation of M.G.L. 94C, §32A, and Distribution a Class B Substance, in violation of violation of M.G.L. 94C, §32A. A copy of the Judgment of Conviction of Lawrence District Court, docket 9618CR4065A-B, is attached as Exhibit 1.

2. On or about January 8, 1998, JUAN CONCE was convicted in the Lawrence District Court (Dkt. #s) of Possession of a Class B Substance with Intent to Distribute, in violation of M.G.L. 94C, §32, and Possession of a Class B Substance with Intent to Distribute in a School Zone, in violation of M.G.L. 94C, §32. A copy of the Judgment of Conviction of Lawrence District Court, docket 9618CR8643A-B, is attached as Exhibit 2.

3.   JUAN CONCE, has been named as a defendant in an Indictment numbered 04-10049-WGY, charging him with conspiracy to distribute cocaine base, a/k/a/ "crack cocaine", and distribution of cocaine base, attached as Exhibit 3.

4.   By way of this information, the government notifies JUAN CONCE, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraphs 1 and 2, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: _____
     JOHN A. WORTMANN, JR.
     PETER K. LEVITT
     Assistant U.S. Attorneys

Dated: March 24, 2004

3

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on Stephen Hrones, Esq., counsel for JUAN CONCE.

_____
PETER K. LEVITT
Assistant U.S. Attorney

4