## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10049-WGY |
| ) | |
| JUAN CONCE, ) | |
| A/K/A "KING SANTOS" ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to **Warden, Walton Correctional Institution, 691 World War II Veterans Lane, De Funiak Springs, FL 32433**, for the purpose of securing **ROBERT ANDERSON** to testify in the trial before United States District Court Judge William G. Young in the above-captioned case on June 21, 2004 at 9 a.m.. In support of this petition, the government states:

1. That **ROBERT ANDERSON, DOB 2/19/76, Florida Department of Corrections I.D. #125863**, is presently confined at Walton Correctional Institution and will be so confined on June 21, 2004.

2. That **ROBERT ANDERSON**, has been called to be a witness in the trial in the above-captioned case.

3. That **ROBERT ANDERSON** is due to appear before United States District Court Judge William G. Young for this purpose on June 21, 2004, at 9 a.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at **Walton Correctional Institution**, and to any other person having custody and control of **ROBERT ANDERSON**, commanding them to produce **ROBERT ANDERSON** before United States District Court Judge William G. Young at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on June 21, 2004 at 9 a.m.

        Respectfully submitted,

        MICHAEL J. SULLIVAN,
        United States Attorney,

By:        _____
        PETER K. LEVITT
        Assistant U.S. Attorney

May 20, 2004

ALLOWED:

_____
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES CHIEF DISTRICT COURT JUDGE

Dated: