UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:    WARDEN, WALTON CORRECTIONAL INSTITUTION
691 World War II Veterans Lane
De Funiak Srings, FL 32422

YOU ARE COMMANDED to have the body of   ROBERT ANDERSON   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse 1 Courthouse Way, Boston, MA, Courtroom No.  18 , on the  5  floor, Boston, Massachusetts on   JUNE 21, 2004,  at 9:00  A.M. for the purpose of  TESTIFYING

in the case of    UNITED STATES OF AMERICA V.  JUAN CONCE

CR Number  04-10049-WGY

And you are to retain the body of said ROBERT ANDERSON while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ROBERT ANDERSON to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 20 day MAY of, 2004 .


/s/ William G. Young
_____
UNITED STATES DISTRICT JUDGE

TONY ANASTAS, CLERK

/s/ Elizabeth Smith
By:_____
SEAL            Deputy Clerk


(Habcorp.wrt - 10/96)                                                                                       [kwhcap.] or
                                                                                                            [kwhcat.]