## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

## HABEAS CORPUS AD TESTIFICANDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or

any of his deputies and to

### WARDEN
### WALTON CORRECTIONAL INSTITUTION
### 691 WORLD WAR II VETERANS LANE
### DE FUNIAK SPRINGS, FL 32433

**YOU ARE COMMANDED** to have the body of **JASON ANDERSON, DOB 2/19/76,**

**FLORIDA DEPARTMENT OF CORRECTIONS I.D. #125863,** now in your custody, before

United States District Court Judge William G. Young, United States District Court for the District

of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on or

before June 21, 2004, at 9 a.m., for the purpose of testifying in connection with the trial in United

States v. Juan Conce a/k/a "King Santos"; Criminal No. 04-10049-WGY, in the District of

Massachusetts.

And you are to retain the body of said **JASON ANDERSON** while before said Court upon

said day and upon such further days thereafter as his attendance before said Court shall be

necessary, and as soon as may be thereafter to return said prisoner to the institution from which

he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought

therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this _20_ day of May, 2004.

_____
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES CHIEF DISTRICT COURT JUDGE

TONY ANASTAS

By: _____
                                    Deputy Clerk

Requested by AUSA Peter K. Levitt.