UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-10049-WGY |
| v. ) | |
| ) | **DEFENDANT JUAN CONCE'S** |
| JUAN CONCE a/k/a "King Santos", ) | ***EX PARTE* MOTION FOR FUNDS** |
|     Defendant ) | **TO PAY COURT REPORTER** |
| ) | |

Now comes the defendant, Juan Conce, in the above-captioned case and respectfully requests that this Honorable Court allow his Motion For Funds To Pay Court Reporter. As grounds therefor, the defendant states that his attorney, Stephen Hrones, is CJA appointed counsel; and, that attorney Hrones requires a transcript of the plea hearing (Young, C.J., presiding, June 17, 2004), in order to fully and properly prepare for the defendant's sentencing hearing on September 21, 2004.

                                                Respectfully submitted,
                                                The Defendant Juan Conce,
                                                By his attorney,

                                                //S//Stephen Hrones_____
                                                Stephen Hrones (BBO No. 242860)
                                                HRONES & GARRITY
                                                Lewis Wharf–Bay 232
                                                Boston, MA 02110-3927
                                                T)617/227-4019

Dated: September 2, 2004