```
                                                              1




  1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS
  2
                                                    Criminal No.
  3                                                 04-10049-WGY

  4
        * * * * * * * * * * * * * * * *
  5                                    *
        UNITED STATES OF AMERICA       *
  6                                    *
        v.                             *   CHANGE OF PLEA
  7                                    *
        JUAN CONCE                     *
  8                                    *
        * * * * * * * * * * * * * * * *
  9

 10

 11
                  BEFORE:  The Honorable William G. Young,
 12                              District Judge

 13

 14

 15   APPEARANCES:

 16         PETER K. LEVITT, Assistant United States Attorney,
        1 Courthouse Way, Suite 9200, Boston, Massachusetts
 17     02210, on behalf of the Government

 18
            HRONES & GARRITY (By Stephen B. Hrones, Esq.),
 19     Lewis Wharf - Bay 232, Boston, Massachusetts 02110, on
        behalf of the Defendant
 20

 21

 22

 23
                                           1 Courthouse Way
 24                                        Boston, Massachusetts

 25                                        June 17, 2004
```