UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JUAN CONCE a/k/a "King Santos", )<br>　　Defendant　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Crim. No. 04-10049-WGY<br><br>**DEFENDANT JUAN CONCE'S**<br>**NOTICE OF APPEAL FROM**<br>**JUDGMENT IN A CRIMINAL CASE** |

Now comes the defendant Juan Conce in the above-captioned proceeding and notes his appeal to United States Court of Appeals for the First Circuit from the judgment in a criminal case as to Counts I and II and the sentence imposed thereon, entered by the District Court, Young, C.J., on November 2, 2004.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　The Defendant Juan Conce,
　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　//S//Stephen Hrones
　　　　　　　　　　　　　　　　Stephen Hrones (BBO No. 242860)
　　　　　　　　　　　　　　　　HRONES & GARRITY
　　　　　　　　　　　　　　　　Lewis Wharf-Bay 232
　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　T)617/227-4019


**CERTIFICATE OF SERVICE**

　　I, Stephen Hrones, hereby certify that on this 3rd day of November, 2003, I served a true and correct copy of the foregoing DEFENDANT JUAN CONCE'S NOTICE OF APPEAL FROM JUDGMENT IN A CRIMINAL CASE , where unable to do so electronically, by U.S. First-Class Mail, postage prepaid, as follows:  John A Wortmann, Jr., AUSA, United States Attys Offc, Moakley United States Cths, 9thFL, 1 Courthouse Way, Boston, MA 02110.


　　　　　　　　　　　　　　　　//S//Stephen Hrones
　　　　　　　　　　　　　　　　Stephen Hrones