```
                                                                     1




  1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
  2
                                              Criminal No.
  3                                           04-10049-WGY

  4
        * * * * * * * * * * * * * * * *
  5                                    *
      UNITED STATES OF AMERICA         *
  6                                    *
      v.                               *   DISPOSITION
  7                                    *
      JUAN CONCE                       *
  8                                    *
        * * * * * * * * * * * * * * * *
  9

 10

 11
                  BEFORE:  The Honorable William G. Young,
 12                             District Judge

 13


 14


 15   APPEARANCES:

 16           PETER K. LEVITT, Assistant United States
         Attorney, 1 Courthouse Way, Suite 9200, Boston,
 17      Massachusetts 02210, on behalf of the Government

 18
              HRONES & GARRITY (By Stephen B. Hrones,
 19      Esq.), Lewis Wharf - Bay 232, Boston,
         Massachusetts 02110, on behalf of the Defendant
 20

 21

 22

 23
                                          1 Courthouse Way
 24                                       Boston, Massachusetts

 25                                       October 28, 2004
```