## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  04-2516

USDC Docket Number : 04-cr-10049

United States of America

v.

Juan Conce

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered  30  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 12, 2005.

Tony Anastas, Clerk of Court

By:

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _1/12/05_ .

_Burchard_

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]