United States of America     DK # 1:04 CR 10049 WGY

v.

Juan Conce

Defendant's Motion to Withdraw and Appoint Attorney for Juan Conce

In Support of the Motion the defendant states the following:

1. defendant's in custody since Feb. 24 2004.

2. defendant's sentencing was conducted on Oct. 28 2004.

3. defendant comes back on Appeal under Booker, and recieves the same sentence he recieved on Oct. 28 2004. "262" mo.

4. The defendant's claims Trial Counsel was inneffective.

5. defendant believes there are other issues that Trial Counsel did not fully take into account.

6. defendant believes new counsel would and will take a different course of action.

Due to the above mentioned reasons, defendant motion ought to be granted.

7. defendant requests that he be able to stay in this region while awaiting an answer from the court.

Feb. 23, 2006
defendant "Pro Se"
Juan Conce
P.O. Box 807
Middleton, MA 01949

Juan Conce