United States of America  DK# 1:04 CR 10049 WGY

V

Juan Conce

Defendant's Affidavit in Support of Motion To Withdraw and Appoint Counsel for Juan Conce.

1. defendant's been in custody since Feb. 24 2004

2. defendant's sentencing was conducted on Oct 28 2004.

3. defendant's comes back on appeal under Booker, and Recieves The Same Sentence he Recieved on Oct 28 2004. "262" Mo.

4. defendant Claims Trial counsel was inneffective. On 2/23/06 The Judge Court made a statement as to Allow Another Judge to view and examine the case. Trial counsel Rejected the courts suggestion, instead proceeded with the sentencing without confering with his client. The defendant believes That Another Judge Court would have impose a different sentence other than the Advisory Guideline Range to which The Court Re-Sentenced the defendant. "262" mo.

5. defendant believes New counsel would and will Take A different course of Action. Feb. 23. 2006

6. defendant Requests That he be Able To Stay in This Region while Awaiting an Answer from The Court

defendant "Pro se"
Juan Conce
P.O. Box 807
Middleton, MA 01949

Juan Conce