UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JUAN CONCE, )<br>    Defendant. )<br>) | CRIMINAL NO. 04-10049-WGY |

**NOTICE OF APPEAL FROM JUDGMENT IN A CRIMINAL CASE**

Now comes Juan Conce, the defendant, to hereby notice that he appeals the judgment of this Court.

Respectfully submitted,
JUAN CONCE,
By his attorney,

//s// Stephen Hrones
Stephen Hrones (BBO No. 242860)
HRONES & GARRITY
Lewis Wharf-Bay 232
Boston, MA 02110-3927
617-227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that, where service is unavailable electronically, I served a true and correct copy of the foregoing NOTICE OF APPEAL FROM JUDGMENT IN A CRIMINAL CASE to all counsel of record by sending same by prepaid first-class mail on this 1st day of March, 2006.

//s// Stephen Hrones
Stephen Hrones (BBO No. 242860)